IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| CHANTAL HILTON, | ) | C.A. NO. 2:24-CV-7719-RMG-MHC |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TRIDENT TECHNICAL COLLEGE, AND VERONICA POLITE, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**JOINDER IN AND CONSENT TO REMOVAL OF**
**DEFENDANT VERONICA POLITE**

Without waiving any of its defenses or any other rights, Defendant Veronica Polite. hereby consents to the notice of removal of this action from the Court of Common Pleas, Ninth Judicial Circuit, South Carolina, wherein it is now pending, to the United States District Court for the District of South Carolina, Charleston Division. Removal of this action is proper for the reasons set forth in the Notice of Removal and Exhibits thereto filed by co-defendant Trident Technical College. Defendant Veronica Polite first received a copy of the Summons and Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on January 14. 2025.

Dated: February 4, 2025

[SIGNATURE ON FOLLOWING PAGE]

1

CLEMENT RIVERS, LLP


By: *s/ Zachary M. Kern*
Wilbur E. Johnson, Esquire, Federal ID No. 2212
E-mail:  wjohnson@ycrlaw.com
Zachary M. Kern, Esquire, Federal ID No. 13078
E-mail:  zkern@ycrlaw.com
P.O. Box 993, Charleston, SC  29402-0993
25 Calhoun Street, Suite 400, Charleston, SC 29401
Phone:  (843) 577-4000

*Attorneys for the Defendant Veronica Polite*